# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

August 1, 2012

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 0 2 2012

JOHN LEY
CLERK

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia  30303

USDC Case No. 1:09-cv-1137-WSD

USCA No.   12-11967-CC

Re: *Andrew Harley Speaker v. U.S. Department of Health and Human Services Centers for Disease Control and Prevention*

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

| | |
|---|---|
| 8 | Volume(s) of pleadings |
| 18 | Volume(s) of depositions |
| 1 | Volume(s) of transcripts |
| 1 | Envelope(s) of exhibits w/DE#172 of Exhibit XRD (Video) |
| | Other: |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

ATTEST: A TRUE COPY
CERTIFIED THIS

By: *P. McClam*

AUG 0 1 2012

James N. Hatten, Clerk

By:

Deputy Clerk

Deputy Clerk

Enclosures

APPEAL,CLOSED,PROTO

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:09-cv-01137-WSD
### Internal Use Only

| | |
|---|---|
| Speaker v. U.S. Department of Health and Human Services Centers for Disease Control and Prevention | Date Filed: 04/28/2009 |
| Assigned to: Judge William S. Duffey, Jr | Date Terminated: 03/14/2012 |
| Case in other court: USCA, 11th Circuit, 09-16154 | Jury Demand: Plaintiff |
| USCA-11th Circuit, 12-11967-CC | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: U.S. Government Defendant |

Cause: 05:552 Right to Privacy Act

**Plaintiff**

**Andrew Harley Speaker**       represented by   **Craig Thomas Jones**
Page Perry LLC
Suite 1050
1040 Crown Pointe Parkway
Atlanta, GA 30338
770-673-0047
Fax: 770-673-0120
Email: cjones@pageperry.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Department of Health and Human Services Centers for Disease Control and Prevention**      represented by   **Jessica B. Leinwand**
U.S. Department of Justice-DC
Suite 7142
20 Massachussetts Avenue, NW
Washington, DC 20530
202-305-8628
Email: Jessica.B.Leinwand@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua E. Gardner**
United States Department of Justice-DC
20 Massachussetts Avenue, NW
Washington, DC 20530
202-305-7583
Email: joshua.e.gardner@usdoj.gov

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 0 1 2012

James N. Batten, Clerk
By:
Deputy Clerk

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neeli Ben-David**
U.S. Attorney's Office-ATL
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6303
Email: neeli.ben-david@usdoj.gov
*ATTORNEY TO BE NOTICED*

**unknown**

**CBS Radio, Inc.**     represented by **Bruce Perrin Brown**
McKenna Long & Aldridge
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308-3201
404-527-4000
Email: bbrown@mckennalong.com
*ATTORNEY TO BE NOTICED*

**Jeremy T. Berry**
McKenna Long & Aldridge
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308-3201
404-527-4000
Fax: 404-527-4198
Email: jberry@mckennalong.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2009 | 1 | COMPLAINT with Jury Demand filed and summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. ( Filing fee $ 350 receipt number 11766.), filed by Andrew Harley Speaker. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(rvb) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 04/29/2009) |
| 05/04/2009 | 2 | RETURN OF SERVICE Executed filed by Andrew Harley Speaker. Andrew Harley Speaker served on 5/4/2009, answer due 5/26/2009. (Jones, Craig) Modified on 5/5/2009 (kt). (Entered: 05/04/2009) |
| 05/05/2009 | | Notification of Docket Correction re 2 Acknowledgment of Service. Edited document to reflect actual e-filed document. (kt) (Entered: 05/05/2009) |

| | | |
|---|---|---|
| 06/04/2009 | 🔒 3 | APPLICATION for Admission of Joshua E. Gardner Pro Hac Vice by U.S. Department of Health and Human Services Center of Disease Control and Prevention. Fee waived. (Attachments: # 1 Text of Proposed Order)(kt) (Entered: 06/05/2009) |
| 06/09/2009 | | APPROVAL by Clerks Office re: 3 APPLICATION for Admission of Joshua E. Gardner Pro Hac Vice. Attorney Joshua E. Gardner added appearing on behalf of U.S. Department of Health and Human Services Center of Disease Control and Prevention (cdg) (Entered: 06/09/2009) |
| 06/11/2009 | | ORDER (by docket entry only) granting 3 Application for Admission Pro Hac Vice of Joshua E. Gardner. Ordered by Judge William S. Duffey, Jr. on 6/11/09. (jdb) (Entered: 06/11/2009) |
| 06/29/2009 | 4 | ANSWER to 1 COMPLAINT by U.S. Department of Health and Human Services Center of Disease Control and Prevention. Discovery ends on 11/27/2009.(Gardner, Joshua) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 06/29/2009) |
| 06/29/2009 | | NOTICE FROM THE COURT (by docket entry only): Parties are advised to go to the district courts website at www.gand.uscourts.gov. On the home page, locate the Attorney Information link which will direct you to Preparation for a Civil and/or Criminal Trial Before Judge Duffey. Here, the Court has provided its Standing Order Regarding Civil Litigants. The Parties shall abide by this Standing Order throughout the processing of this case. (csd) (Entered: 06/29/2009) |
| 07/02/2009 | 5 | MOTION for Summary Judgment with Brief In Support by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (Attachments: # 1 Statement of Material Facts, # 2 Appendix, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Errata D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Errata M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R)(Gardner, Joshua) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 07/02/2009) |
| 07/02/2009 | 6 | MOTION to Stay with Brief In Support by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (Attachments: # 1 Text of Proposed Order)(Gardner, Joshua) (Entered: 07/02/2009) |
| 07/16/2009 | 7 | RESPONSE re 6 MOTION to Stay *Proceedings* filed by Andrew Harley Speaker. (Attachments: # 1 Exhibit Rule 56(f) Affidavit)(Jones, Craig) (Entered: 07/16/2009) |
| 07/22/2009 | 8 | Certificate of Interested Persons by Andrew Harley Speaker. (Jones, Craig) (Entered: 07/22/2009) |
| 07/22/2009 | 9 | RESPONSE re 5 MOTION for Summary Judgment *With Brief in Opposition to Summary Judgment* filed by Andrew Harley Speaker. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Statement of Material Facts In Opposition to Summary Judgment, # 2 Exhibit A - Rule 56(f) Affidavit, # 3 Exhibit B - Affidavit of Andrew Speaker, # 4 Exhibit C - Affidavit of Michael Iseman)(Jones, Craig) (Entered: 07/22/2009) |
| 07/27/2009 | 10 | MOTION for Leave to File Excess Pages with Brief In Support by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (Gardner, Joshua) (Entered: 07/27/2009) |
| 07/29/2009 | 11 | NOTICE by Andrew Harley Speaker re 10 MOTION for Leave to File Excess Pages *of Non-Opposition* (Jones, Craig) (Entered: 07/29/2009) |
| 07/29/2009 | 12 | Joint PRELIMINARY REPORT AND DISCOVERY PLAN filed by Andrew Harley Speaker. (Jones, Craig) (Entered: 07/29/2009) |
| 07/30/2009 | 13 | ORDER GRANTING Defendant's 10 Motion for Leave to File Excess Pages. Defendant's reply brief shall be permitted to exceed fifteen pages, PROVIDED that said reply brief shall not exceed twenty-two pages. Signed by Judge William S. Duffey, Jr on 7/29/2009. (kt) (Entered: 07/30/2009) |
| 08/03/2009 | 14 | REPLY to Response to Motion re 6 MOTION to Stay filed by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Gardner, Joshua) (Entered: 08/03/2009) |
| 08/03/2009 | 15 | NOTICE Of Filing Original Declarations by U.S. Department of Health and Human Services Center of Disease Control and Prevention (Ben-David, Neeli) (Entered: 08/03/2009) |
| 08/03/2009 | 16 | NOTICE of filing SUPPLEMENTAL DECLARATION OF Glen Nowak by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (kt) (Entered: 08/04/2009) |
| 08/03/2009 | 17 | NOTICE of filing DECLARATION of Byron Skinner, with attachments (two CD's) by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (kt) (Entered: 08/04/2009) |
| 08/10/2009 | | Submission of 6 MOTION to Stay to District Judge William S. Duffey. (kt) (Entered: 08/10/2009) |
| 08/10/2009 | 18 | Statement of Material Facts re 5 MOTION for Summary Judgment *Amended* filed by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (Gardner, Joshua) (Entered: 08/10/2009) |
| 08/10/2009 | 19 | REPLY to Response to Motion re 5 MOTION for Summary Judgment filed by U.S. Department of Health and Human Services Center of Disease Control and Prevention. (Attachments: # 1 Statement of Material Facts Response To Plaintiff's Statement of Material Facts)(Gardner, Joshua) (Entered: 08/10/2009) |
| 08/17/2009 | | Submission of 5 MOTION for Summary Judgment to District Judge William S. Duffey. (kt) (Entered: 08/17/2009) |

| | | |
|---|---|---|
| 08/26/2009 | | NOTICE (by docket entry only) of TELECONFERENCE: Telephonic Status Conference set for 8/27/2009 at 04:00 PM before Judge William S. Duffey Jr. (jdb) (Entered: 08/26/2009) |
| 08/27/2009 | 20 | Minute Entry for Telephone Conference held on 8/27/2009 held before Judge William S. Duffey, Jr: Status conf held by the Court. This case is temporarily STAYED pending further order. Pff shall have until 9/16/2009 to amd his complaint. (Court Reporter Nicholas Marrone)(kt) (Entered: 08/31/2009) |
| 08/31/2009 | 21 | First AMENDED COMPLAINT against Andrew Harley Speaker, filed by Andrew Harley Speaker.(Jones, Craig) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/31/2009) |
| 09/08/2009 | 22 | TRANSCRIPT of Proceedings held on 8/27/09 (Tele Conf) before Judge William S. Duffey, Jr. Court Reporter/Transcriber Nicholas A. Marrone, Telephone number 404-215-1486. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/29/2009. Redacted Transcript Deadline set for 10/9/2009. Release of Transcript Restriction set for 12/7/2009. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 09/09/2009) |
| 09/16/2009 | 23 | Unopposed MOTION for Leave to File Excess Pages with Brief In Support by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Gardner, Joshua) (Entered: 09/16/2009) |
| 09/16/2009 | | ORDER (by docket entry only) granting 23 Motion for Leave to File Excess Pages. Ordered by Judge William S. Duffey, Jr. on 9/16/09. (jdb) (Entered: 09/16/2009) |
| 09/17/2009 | 24 | DOCUMENT FILED IN ERROR MOTION to Dismiss , *And In The Alternative, Motion For Partial Summary Judgment* with Brief In Support by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Statement of Material Facts, # 2 Index To Appendix, # 3 Appendix Exhibit A, # 4 Appendix Exhibit B, # 5 Appendix Exhibit C, # 6 Appendix Exhibit D, # 7 Appendix Exhibit E, # 8 Appendix Exhibit F, # 9 Appendix Exhibit G, # 10 Appendix Exhibit H, # 11 Appendix Exhibit I, # 12 Appendix Exhibit J, # 13 Appendix Exhibit K, # 14 Appendix Exhibit L, # 15 Appendix Exhibit M, # 16 Appendix Exhibit N, # 17 Appendix Exhibit O, # 18 Appendix Exhibit P, # 19 Appendix Exhibit Q, # 20 Appendix Exhibit R)(Gardner, Joshua) Modified on 9/17/2009 (kt). (Entered: 09/17/2009) |
| 09/17/2009 | 25 | MOTION to Dismiss, and in the alternative, MOTION for Partial Summary Judgment with Brief In Support by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Statement of Material Facts, # 2 Index of Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 |

|  |  |  |
|---|---|---|
|  |  | Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R)(kt) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 09/17/2009) |
| 09/17/2009 |  | Notification of Docket Correction re 24 MOTION to Dismiss , *And In The Alternative, Motion For Partial Summary Judgment*. Multi-part motion docketed as one. Re-docketed to reflect both parts. (kt) (Entered: 09/17/2009) |
| 10/05/2009 | 26 | Statement of Material Facts re 25 MOTION to Dismiss MOTION for Partial Summary Judgment filed by Andrew Harley Speaker. (Attachments: # 1 Brief)(Jones, Craig) (Entered: 10/05/2009) |
| 10/20/2009 | 27 | REPLY to Response to Motion re 25 MOTION to Dismiss MOTION for Partial Summary Judgment filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Gardner, Joshua) (Entered: 10/20/2009) |
| 10/20/2009 | 28 | Response to Statement of Material Facts re 25 MOTION to Dismiss MOTION for Partial Summary Judgment filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Gardner, Joshua) (Entered: 10/20/2009) |
| 11/03/2009 |  | Submission of 25 MOTION to Dismiss, MOTION for Partial Summary Judgment to District Judge William S. Duffey. (kt) (Entered: 11/03/2009) |
| 11/23/2009 | 29 | ORDER GRANTING 25 Motion to Dismiss Plaintiff's Amended Complaint and, in the alternative, Motion for Partial Summary Judgment. IT IS FURTHER ORDERED that Defendant's 5 Motion for Summary Judgment is DENIED AS MOOT. IT IS FURTHER ORDERED that Defendant's 6 Motion to Stay is DENIED AS MOOT. Signed by Judge William S. Duffey, Jr on 11/23/2009. (kt) (Entered: 11/23/2009) |
| 11/23/2009 | 30 | CLERK'S JUDGMENT in favor of Defendant against Plaintiff. (kt)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 11/24/2009) |
| 11/23/2009 |  | Civil Case Terminated. (kt) (Entered: 11/24/2009) |
| 12/07/2009 | 31 | NOTICE OF APPEAL as to 30 Clerk's Judgment by Andrew Harley Speaker. Transcript Order Form due on 12/17/2009 (Jones, Craig) (Entered: 12/07/2009) |
| 12/07/2009 | 32 | Transmission of Certified Copy of Notice of Appeal, Judgment, Order and Docket Sheet to US Court of Appeals re: 31 Notice of Appeal. (pjm) (Entered: 12/07/2009) |
| 12/07/2009 | 33 | USCA Appeal Fees received $ 455.00 receipt number GAN100019037 re: 31 Notice of Appeal filed by Andrew Harley Speaker. (pjm) (Entered: 12/07/2009) |

| 12/07/2009 | 34 | USCA Appeal Fees forwarded to USCA re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 00-00000-00. (pjm) (Entered: 12/07/2009) |
| 12/11/2009 | 35 | BILL OF COSTS by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Ben-David, Neeli) (Entered: 12/11/2009) |
| 12/14/2009 | 36 | TRANSCRIPT ORDER FORM (No transcript is required for appeal purposes) re: 31 Notice of Appeal. Certificate of Readiness due on 12/24/2009. (pjm) (Entered: 12/21/2009) |
| 12/14/2009 | 37 | USCA Acknowledgment of 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 09-16154-D. (pjm) (Entered: 12/21/2009) |
| 12/14/2009 | 38 | USCA Acknowledgment of USCA Appeal Fees re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 09-16154-D. (pjm) (Entered: 12/21/2009) |
| 12/29/2009 | 39 | Costs Taxed in amount of $ 123.25 against Plaintiff. (kt) (Entered: 12/29/2009) |
| 12/29/2009 | | CERTIFICATE OF READINESS of Appeal Record re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 09-16154-DD. (3 Vols of Pldgs and 1 Transcript) (pjm) (Entered: 12/29/2009) |
| 12/29/2009 | 40 | Certified copy of CERTIFICATE OF READINESS transmitted to USCA re: 31 Notice of Appeal. Case Appealed to USCA-11th Circuit. Case Number 09-16154-DD. (pjm) (Entered: 12/29/2009) |
| 01/04/2010 | 41 | USCA Acknowledgment of Certificate of Readiness re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 09-16154-DD. (pjm) (Entered: 01/06/2010) |
| 03/26/2010 | 42 | FORTHWITH LETTER from USCA re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 09-16154-DD. Appeal Record due by 4/5/2010. (pjm) (Entered: 03/30/2010) |
| 03/30/2010 | 43 | Certified and Transmitted Record on Appeal to US Court of Appeals re: 31 Notice of Appeal. Case Appealed to USCA-11th Circuit. Case Number 09-16154-DD. (3 Vols of Pldgs and 1 Transcript) (pjm) (Entered: 03/30/2010) |
| 04/07/2010 | 44 | NOTICE of Docketing Record on Appeal from USCA re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 09-16154-DD. (pjm) (Entered: 04/08/2010) |
| 12/21/2010 | 45 | Certified copy of JUDGMENT and OPINION of USCA REMANDING to the District Court for further action re: 31 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to U.S. Court of Appeals for the Eleventh Circuit, Case Number 09-16154-DD. (Attachments: # 1 Transmittal Letter, |

| | | # 2 Bill of Costs)(dfb) (Entered: 12/23/2010) |
|---|---|---|
| 12/21/2010 | | Appeal Record Returned re: 31 Notice of Appeal. Case Appealed to USCA-11th Circuit. Case Number 09-16154. (3 Vols of Pldgs and 1 Transcript) (pjm) (Entered: 12/28/2010) |
| 12/23/2010 | | Submission of 45 USCA Judgment with proposed mandate order, submitted to District Judge William S. Duffey. (dfb) (Entered: 12/23/2010) |
| 12/24/2010 | 46 | BILL OF COSTS on Appeal by Andrew Harley Speaker. (Jones, Craig) (Entered: 12/24/2010) |
| 12/29/2010 | 47 | ORDER making the USCA mandate the judgment of this Court re 31 Notice of Appeal. Case Appealed to USCA, 11th Circuit, Case Number 09-16154. Signed by Judge William S. Duffey, Jr on 12/29/2010. (kt) (Entered: 12/29/2010) |
| 01/05/2011 | 48 | ORDER DIRECTING the Parties shall submit a proposed joint case management and detailed discovery plan (The Plan) by January 24, 2011. The Plan shall provide for the completion of discovery, including expert discovery, on or before 6/24/2011. The Plan will provide dates on which Motions for Summary Judgment, if any, and the Joint Pretrial Order will be filed. The Plan will provide for the filing of Motions to Exclude Expert Testimony on or before the day the Joint Pretrial Order is filed. To the extent this Order conflicts with the Federal Rules of Civil Procedure, The Court's Local Rules or this Court's Standing Order Regarding Civil Litigation, this Order will govern. Signed by Judge William S. Duffey, Jr on 1/4/2011. (kt) (Entered: 01/05/2011) |
| 01/05/2011 | 49 | APPLICATION for Admission of Jessica B. Leinwand Pro Hac Vice by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Ben-David, Neeli) (Entered: 01/05/2011) |
| 01/12/2011 | 50 | ANSWER to 21 Amended Complaint by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Gardner, Joshua) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 01/12/2011) |
| 01/14/2011 | | Submission of 46 Bill of Costs to District Judge William S. Duffey. (kt) (Entered: 01/14/2011) |
| 01/20/2011 | | APPROVAL by Clerks Office re: 49 APPLICATION for Admission of Jessica B. Leinwand Pro Hac Vice. Attorney Jessica B. Leinwand added appearing on behalf of U.S. Department of Health and Human Services Centers for Disease Control and Prevention (cdg) (Entered: 01/20/2011) |
| 01/24/2011 | | ORDER (by docket entry only) granting 49 Application for Admission Pro Hac Vice of Jessica B. Leinwand. Ordered by Judge William S. Duffey, Jr. on 1/24/11. (jdb) (Entered: 01/24/2011) |
| 01/24/2011 | 51 | PROPOSED JOINT CASE MANAGEMENT AND DETAILED DISCOVERY PLAN, filed by Andrew Harley Speaker. (Jones, Craig) Modified on 1/25/2011 (kt). (Entered: 01/24/2011) |

| 01/25/2011 | | Notification of Docket Correction re 51 Preliminary Report and Discovery Plan. Wrong event selected. Edited document to reflect actual e-filed document. (kt) (Entered: 01/25/2011) |
|---|---|---|
| 01/26/2011 | | ORDER (by docket entry only) Approving 51 Proposed Joint Case Management and Detailed Discovery Plan EXCEPT for the trial deadlines listed on page 6; the Court will set forth its own trial related deadlines in its Order Setting Trial at the appropriate time. Ordered by Judge William S. Duffey, Jr. on 1/26/11. (jdb) (Entered: 01/26/2011) |
| 01/26/2011 | | Set Deadlines/Hearings: Discovery ends on 6/24/2011. (jdb) (Entered: 03/18/2011) |
| 01/28/2011 | 52 | Joint MOTION for Protective Order *Concerning Privacy Act* with Brief In Support by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Gardner, Joshua) (Entered: 01/28/2011) |
| 02/01/2011 | 53 | First Initial Disclosures by Andrew Harley Speaker. (Attachments: # 1 Witness List, # 2 Expert Witnesses, # 3 Documents, # 4 Documents Relating to Damages, # 5 Insurance Agreement Response)(Jones, Craig) (Entered: 02/01/2011) |
| 02/01/2011 | 54 | CERTIFICATE OF SERVICE *of Initial Disclosures* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Gardner, Joshua) (Entered: 02/01/2011) |
| 02/02/2011 | 55 | PRIVACY ACT PROTECTIVE ORDER ENTERED. IT IS HEREBY ORDERED that the Department of Health and Human Services, Centers for Disease Control and Prevention is authorized to release to the plaintiff, plaintiff's counsel, and to the Court in this case, government records containing Privacy Act protected information, without prior written consent of the individuals to whom the records pertain. This Order does not apply to any information or documents other than information or documents that are subject to the Privacy Act, and the terms and conditions set forth herein shall not apply to the disclosure of any classified national security information or any information subject to a claim of privilege or other basis of exclusion, and this Order shall not be precedent for adopting any procedure with respect to the disclosure of any such information. Signed by Judge William S. Duffey, Jr on 2/1/2011. (kt) (Entered: 02/02/2011) |
| 02/02/2011 | 56 | NOTICE of Appearance by Jessica B. Leinwand on behalf of U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Leinwand, Jessica) (Entered: 02/02/2011) |
| 02/04/2011 | 57 | CERTIFICATE OF SERVICE *of Combined Discovery Material and 30(b)(6) Notice of Deposition* by Andrew Harley Speaker.(Jones, Craig) (Entered: 02/04/2011) |
| 02/04/2011 | 58 | NOTICE to Take Deposition of Designated Representative of Defendant filed by Andrew Harley Speaker (Jones, Craig) (Entered: 02/04/2011) |
| 02/04/2011 | 59 | NOTICE to Take Deposition of Robert Cooksey filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention |

|  |  | (Leinwand, Jessica) (Entered: 02/04/2011) |
|---|---|---|
| 02/04/2011 | 60 | NOTICE to Take Deposition of Theodore Speaker filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Leinwand, Jessica) (Entered: 02/04/2011) |
| 02/04/2011 | 61 | CERTIFICATE OF SERVICE *of First Set of Interrogatories and Requests for Production of Documents to Plaintiff* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 02/04/2011) |
| 02/07/2011 | 62 | NOTICE to Take Deposition of Julie Gerberding filed by Andrew Harley Speaker (Jones, Craig) (Entered: 02/07/2011) |
| 02/07/2011 | 63 | NOTICE to Take Deposition of Mitchell Cohen filed by Andrew Harley Speaker (Jones, Craig) (Entered: 02/07/2011) |
| 02/07/2011 | 64 | NOTICE to Take Deposition of Sarah Gordon filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Leinwand, Jessica) (Entered: 02/07/2011) |
| 02/16/2011 | 65 | Amended NOTICE to Take Deposition of CDC designated representative filed by Andrew Harley Speaker (Jones, Craig) (Entered: 02/16/2011) |
| 02/16/2011 | 66 | Amended NOTICE to Take Deposition of Julie Gerberding filed by Andrew Harley Speaker (Jones, Craig) (Entered: 02/16/2011) |
| 02/25/2011 | 67 | MOTION to Amend *Complaint* with Brief In Support by Andrew Harley Speaker. (Attachments: # 1 Proposed Amended Complaint, # 2 Brief in Support of Motion to Amend)(Jones, Craig) (Entered: 02/25/2011) |
| 03/08/2011 | 68 | Costs Taxed in amount of $ $735.58 against Defendant. (kt) (Entered: 03/08/2011) |
| 03/09/2011 | 69 | CERTIFICATE OF SERVICE *of Rule 5.4 Discovery Responses* by Andrew Harley Speaker.(Jones, Craig) (Entered: 03/09/2011) |
| 03/09/2011 | 70 | CERTIFICATE OF SERVICE *of Defendant's Responses to Plaintiff's First Set of Requests for Admissions, Interrogatories, and Requests for Production* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 03/09/2011) |
| 03/14/2011 | 71 | RESPONSE in Opposition re 67 MOTION to Amend *Complaint* filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Exhibit A (Transcript of 8.27.09 conference), # 2 Exhibit B (1.17.11 email))(Ben-David, Neeli) (Entered: 03/14/2011) |
| 03/17/2011 | 72 | NOTICE to Take Deposition of Andrew H. Speaker filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Gardner, Joshua) (Entered: 03/17/2011) |
| 03/18/2011 | 73 | CERTIFICATE OF SERVICE *Rule 5.4 for Discovery Material* by Andrew Harley Speaker.(Jones, Craig) (Entered: 03/18/2011) |

| | | |
|---|---|---|
| 03/18/2011 | 74 | CERTIFICATE OF SERVICE *of Second Set of Written Discovery* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 03/18/2011) |
| 03/23/2011 | 75 | REPLY BRIEF re 67 MOTION to Amend *Complaint* filed by Andrew Harley Speaker. (Jones, Craig) (Entered: 03/23/2011) |
| 03/23/2011 | 76 | Amended Initial Disclosures by Andrew Harley Speaker. (Attachments: # 1 Revised Attachment A, # 2 Revised Attachment C)(Jones, Craig) (Entered: 03/23/2011) |
| 03/25/2011 | 77 | NOTICE Of Filing Rule 26(b)(2) Expert Disclosure by Andrew Harley Speaker (Attachments: # 1 Exhibit Affidavit of Dr. Iseman, # 2 Exhibit Curriculum Vitae, # 3 Exhibit Fee Schedule)(Jones, Craig) (Entered: 03/25/2011) |
| 03/25/2011 | 78 | NOTICE Of Filing Plaintiff's Rule 26(b)(2) Expert Disclosure as to Dr. Gary Dudley by Andrew Harley Speaker (Attachments: # 1 Exhibit Vita)(Jones, Craig) (Entered: 03/25/2011) |
| 03/31/2011 | 79 | DOCUMENT FILED IN ERROR NOTICE Of Filing Plaintiff's Motion to Allow Additional Depositions Under Rule 30(a)(2)(A)(i) by Andrew Harley Speaker (Attachments: # 1 Plaintiff's Brief in Support of Motion to Allow Additional Depositions Under Rule 30(a)(2)(A)(i), # 2 Exhibit "A", # 3 Exhibit "B", # 4 Exhibit "C")(Jones, Craig) Modified on 4/1/2011 (kt). (Entered: 03/31/2011) |
| 04/01/2011 | | Submission of 67 MOTION to Amend *Complaint* to District Judge William S. Duffey. (kt) (Entered: 04/01/2011) |
| 04/01/2011 | 80 | MOTION to Allow Additional Depositions Under Rule 30(a)(2)(A)(i) with Brief In Support by Andrew Harley Speaker. (kt) (Entered: 04/01/2011) |
| 04/01/2011 | | Notification of Docket Correction re 79 Notice of Filing. Wrong event selected. Edited document to reflect actual e-filed document. (kt) (Entered: 04/01/2011) |
| 04/04/2011 | 81 | Amended Initial Disclosures by Andrew Harley Speaker. (Attachments: # 1 Second Revised Attachment "A:)(Jones, Craig) (Entered: 04/04/2011) |
| 04/05/2011 | 82 | NOTICE Of Filing Supplemental Initial Disclosures by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Gardner, Joshua) (Entered: 04/05/2011) |
| 04/05/2011 | 83 | CERTIFICATE OF SERVICE *Rule 5.4 of Discovery Material* by Andrew Harley Speaker.(Jones, Craig) (Entered: 04/05/2011) |
| 04/13/2011 | 84 | Withdrawal of Motion 80 MOTION to Take Deposition filed by Andrew Harley Speaker filed by Andrew Harley Speaker. (Jones, Craig) (Entered: 04/13/2011) |
| 04/14/2011 | 85 | CERTIFICATE OF SERVICE *Rule 5.4 of 2nd supplemental response to discovery* by Andrew Harley Speaker.(Jones, Craig) (Entered: 04/14/2011) |

| 04/14/2011 | 86 | Amended Initial Disclosures by Andrew Harley Speaker. (Attachments: # 1 Third Revised Attachment "A")(Jones, Craig) (Entered: 04/14/2011) |
| 04/15/2011 | 87 | NOTICE Of Filing Plaintiff's List of Persons to be Deposed as Required by Scheduling Order by Andrew Harley Speaker (Jones, Craig) (Entered: 04/15/2011) |
| 04/18/2011 | 88 | CERTIFICATE OF SERVICE *Rule 5.4 Plaintiff's Responses to Defendant's First Requests for Admissions and Second Requests for Production of Documents* by Andrew Harley Speaker.(Jones, Craig) (Entered: 04/18/2011) |
| 04/20/2011 | 89 | CERTIFICATE OF SERVICE *of Defendant's Objections and Responses to Plaintiff's Second Set of Combined Written Discovery Requests* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 04/20/2011) |
| 04/25/2011 | 90 | CERTIFICATE OF SERVICE *Rule 5.4 Notice of Video Deposiiton of The Associated Press Under Rule 30(b)(6)* by Andrew Harley Speaker.(Jones, Craig) (Entered: 04/25/2011) |
| 04/25/2011 | 91 | NOTICE by U.S. Department of Health and Human Services Centers for Disease Control and Prevention *Regarding Additional Depositions* (Gardner, Joshua) (Entered: 04/25/2011) |
| 04/26/2011 | 92 | SECOND NOTICE OF DEPOSITION of CDC 30(b)(6) designated representative taken on May 10, 2011 by Andrew Harley Speaker.(Jones, Craig) Modified on 4/27/2011 (kt). (Entered: 04/26/2011) |
| 04/26/2011 | 93 | CERTIFICATE OF SERVICE *Rule 5.4 Plaintiff's Supplemental Discovery Response of April 26, 2011* by Andrew Harley Speaker.(Jones, Craig) (Entered: 04/26/2011) |
| 04/26/2011 | 94 | NOTICE TO TAKE THE DEPOSITION of Dr. Kenneth Castro taken on May 18, 2011 by Andrew Harley Speaker.(Jones, Craig) Modified on 4/27/2011 (kt). (Entered: 04/26/2011) |
| 04/26/2011 | 95 | NOTICE TO TAKE THE DEPOSITION of Dr. Katrin Kohl taken on May 16, 2011 by Andrew Harley Speaker.(Jones, Craig) Modified on 4/27/2011 (kt). (Entered: 04/26/2011) |
| 04/26/2011 | 96 | NOTICE TO TAKE THE DEPOSITION of Dr. David Kim taken on May 12, 2011 by Andrew Harley Speaker.(Jones, Craig) Modified on 4/27/2011 (kt). (Entered: 04/26/2011) |
| 04/26/2011 | 97 | NOTICE to Take Deposition of Tom Skinner filed by Andrew Harley Speaker (Jones, Craig) (Entered: 04/26/2011) |
| 04/26/2011 | 98 | NOTICE to Take Deposition of Glen Nowak filed by Andrew Harley Speaker (Jones, Craig) (Entered: 04/26/2011) |
| 04/26/2011 | 99 | NOTICE to Take Deposition of Dr. Martin Cetron filed by Andrew Harley Speaker (Jones, Craig) (Entered: 04/26/2011) |

| 04/26/2011 | 100 | NOTICE to Take Deposition of Dr. Andrew Vernon filed by Andrew Harley Speaker (Jones, Craig) (Entered: 04/26/2011) |
| 04/26/2011 | 101 | CERTIFICATE OF SERVICE *of Notice of Third Party Subpoena* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 04/26/2011) |
| 04/26/2011 | 102 | CERTIFICATE OF SERVICE *of Third Party Subpoena* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Leinwand, Jessica) (Entered: 04/26/2011) |
| 04/27/2011 | | Notification of Docket Correction re 94 Deposition, 95 Deposition, 96 Deposition. Wrong event selected. Edited document to reflect actual e-filed documents. (kt) (Entered: 04/27/2011) |
| 04/28/2011 | 103 | CERTIFICATE OF SERVICE *Rule 5.4 Amended Supplemental Discovery Response of April 26, 2011* by Andrew Harley Speaker.(Jones, Craig) (Entered: 04/28/2011) |
| 04/29/2011 | 104 | Request for Leave of Absence for the following date(s): June 20, 21, 22, 23, 24, 2011, by Craig Thomas Jones. (Jones, Craig) (Entered: 04/29/2011) |
| 04/29/2011 | 105 | CERTIFICATE OF SERVICE *of Defendant's Objections and Responses to Plaintiff's Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 04/29/2011) |
| 05/04/2011 | 106 | AFFIDAVIT of Service for Subpoena for Deposition *of Designated Representative under Rule 30(b)(6)*, as to The Associated Press. (Jones, Craig) (Entered: 05/04/2011) |
| 05/04/2011 | 107 | CERTIFICATE OF SERVICE *of Third Party Subpoena* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Leinwand, Jessica) (Entered: 05/04/2011) |
| 05/05/2011 | 108 | CERTIFICATE OF SERVICE *Rule 5.4 Supplemental Discovery Response of May 5, 2011* by Andrew Harley Speaker.(Jones, Craig) (Entered: 05/05/2011) |
| 05/05/2011 | 109 | ORDER granting 67 Motion to Amend. Signed by Judge William S. Duffey, Jr. on 5/5/11. (jdb) (Entered: 05/05/2011) |
| 05/05/2011 | 110 | NOTICE OF FILING Third Party Subpoena as to Cheryl Speaker filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Gardner, Joshua) Modified on 5/6/2011 (kt). (Entered: 05/05/2011) |
| 05/05/2011 | 111 | NOTICE OF FILING Third Party Subpoena as to Kimberly Speaker filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Gardner, Joshua) Modified on 5/6/2011 (kt). (Entered: 05/05/2011) |
| 05/05/2011 | 113 | SECOND AMENDED COMPLAINT against U.S. Department of Health and Human Services Centers for Disease Control and Prevention, filed by |

| | | Andrew Harley Speaker.(kt) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 05/06/2011) |
|---|---|---|
| 05/06/2011 | 112 | Joint MOTION for Protective Order *Pursuant to Fed. R. Evid. 502(d)* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Text of Proposed Order)(Leinwand, Jessica) (Entered: 05/06/2011) |
| 05/06/2011 | | Notification of Docket Correction re 111 Notice to Take Deposition, 110 Notice to Take Deposition. Wrong events selected. Edited documents to refelct actual e-filed pleadings. (kt) (Entered: 05/06/2011) |
| 05/06/2011 | 114 | CERTIFICATE OF SERVICE *Rule 5.4* by Andrew Harley Speaker.(Jones, Craig) (Entered: 05/06/2011) |
| 05/09/2011 | 115 | PROTECTIVE ORDER ENTERED. IT IS HEREBY ORDERED that the Department of Health and Human Services, Centers for Disease Control and Prevention is authorized to designate a representative to provide testimony as to topics as outlined in this Order, pursuant to Fed.R.Civ.P. 30(b)(6) and without any waiver of privilege in this litigation or any other State or Federal proceeding. (See order for specific details.). Signed by Judge William S. Duffey, Jr on 5/9/2011. (kt) (Entered: 05/09/2011) |
| 05/09/2011 | 116 | CERTIFICATE OF SERVICE *Rule 5.4* by Andrew Harley Speaker.(Jones, Craig) (Entered: 05/09/2011) |
| 05/09/2011 | 117 | CERTIFICATE OF SERVICE *of Defendant's Third Set of Discovery to Plaintiff* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Gardner, Joshua) (Entered: 05/09/2011) |
| 05/16/2011 | 118 | ANSWER to 113 Amended Complaint by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Gardner, Joshua) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 05/16/2011) |
| 06/01/2011 | 119 | NOTICE Of Filing Plaintiff's Amended List of Persons to be Deposed as Required by Scheduling Order by Andrew Harley Speaker (Attachments: # 1 Exhibit Exhibit "A")(Jones, Craig) (Entered: 06/01/2011) |
| 06/02/2011 | 120 | NOTICE to Take Deposition of MSNBC 30(b)(60 corporate representative filed by Andrew Harley Speaker (Jones, Craig) (Entered: 06/02/2011) |
| 06/02/2011 | 121 | NOTICE to Take Deposition of CBS 30(b)(6) corporate representative filed by Andrew Harley Speaker (Jones, Craig) (Entered: 06/02/2011) |
| 06/02/2011 | 122 | STIPULATION *to Amend Exhibit A to Plaintiff's First Set of Discovery Requests* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Exhibit Exhibit A to Plaintiff's First Set of Discovery Requests)(Leinwand, Jessica) (Entered: 06/02/2011) |

| 06/08/2011 | 123 | CERTIFICATE OF SERVICE *of Defendant's Supplemental Initial Disclosures* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 06/08/2011) |
| 06/13/2011 | 124 | CERTIFICATE OF SERVICE *Rule 5.4 of Discovery Material* by Andrew Harley Speaker.(Jones, Craig) (Entered: 06/13/2011) |
| 06/13/2011 | 125 | CERTIFICATE OF SERVICE *of Defendant's Responses to Plaintiff's Third Set of Requests for Production* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Leinwand, Jessica) (Entered: 06/13/2011) |
| 06/13/2011 | 126 | CERTIFICATE OF SERVICE *of Defendant's Supplemental Responses to Plaintiff's First Set of Written Discovery* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Gardner, Joshua) (Entered: 06/13/2011) |
| 06/17/2011 | 127 | MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC with Brief In Support by Andrew Harley Speaker. (Attachments: # 1 CBS Radio Subpoena to Appear and Testify, # 2 MSNBC Subpoena to Appear and Testify)(Jones, Craig) (Entered: 06/17/2011) |
| 06/17/2011 | 128 | NOTICE Of Filing Plaintiff's Brief In Support Of His Motion To Compel Non-Party Discovery Against CBS Radio and MSNBC by Andrew Harley Speaker re 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Jones, Craig) (Entered: 06/17/2011) |
| 06/17/2011 | 129 | CERTIFICATE OF SERVICE re 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC *Rule 5.4 Discovery* by Andrew Harley Speaker. (Attachments: # 1 Deposition of Melissa Thombley as Rule 30(b)(6) Deposition of CDC taken 3/8/11, # 2 Deposition of Glen Nowak as Rule 30(b)(6) Deposition of CDC taken 4/27/11, # 3 CDC 1st Discovery Responses)(Jones, Craig) (Entered: 06/17/2011) |
| 06/17/2011 | 130 | NOTICE by Andrew Harley Speaker re 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC *Plaintiff's Certificate of Compliance With F.R.C.P. 37(a)(2)(A)(B)* (Jones, Craig) (Entered: 06/17/2011) |
| 07/01/2011 | 131 | PROPOSED CONSENT ORDER Proposed Consent Order Extending Time to Respond to Motion to Compel re: 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC. (Berry, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 132 | NOTICE of Appearance by Jeremy T. Berry on behalf of CBS Radio, Inc. (Berry, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 133 | NOTICE of Appearance by Bruce Perrin Brown on behalf of CBS Radio, Inc. (Brown, Bruce) (Entered: 07/01/2011) |
| 07/07/2011 | 134 | CERTIFICATE OF SERVICE *Rule 5.4 of Plaintiff's First Amended Response to Defendant's Third Discovery Requests* by Andrew Harley |

| | | Speaker.(Jones, Craig) (Entered: 07/07/2011) |
|---|---|---|
| 07/08/2011 | 135 | Unopposed MOTION for Extension of Time to Respond re: 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC by Andrew Harley Speaker. (Jones, Craig) (Entered: 07/08/2011) |
| 07/08/2011 | 136 | Withdrawal of Motion 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC filed by Andrew Harley Speaker filed by Andrew Harley Speaker. (Jones, Craig) (Entered: 07/08/2011) |
| 07/13/2011 | 137 | CERTIFICATE OF SERVICE *of Discovery Material* by Andrew Harley Speaker.(Jones, Craig) (Entered: 07/13/2011) |
| 07/13/2011 | | ORDER (by docket entry only) granting 135 Motion for Extension of Time through 7/22/11, for non-party MSNBC to reply to Pff's Motion to Compel Discovery. Ordered by Judge William S. Duffey, Jr. on 7/13/11. (jdb) (Entered: 07/13/2011) |
| 07/13/2011 | 138 | Minute Entry for proceedings held before Judge William S. Duffey, Jr: Telephone Conference held on 7/13/2011 by the Court re responses to discovery requests. Pff will amend responses within 10 days. (Court Reporter Nick Marrone)(tcc) (Entered: 07/14/2011) |
| 07/18/2011 | 139 | CERTIFICATE OF SERVICE *Rule 5.4 of Plaintiff's Third Amended Response to Defendant's Third Discovery Requests* by Andrew Harley Speaker.(Jones, Craig) (Entered: 07/18/2011) |
| 07/21/2011 | 140 | Unopposed MOTION for Leave to File Excess Pages *in Support of Motion for Summary Judgment* by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Text of Proposed Order)(Leinwand, Jessica) (Entered: 07/21/2011) |
| 07/22/2011 | 141 | ORDER GRANTING 140 Motion for Leave to File Excess Pages. Defendant's brief in support of its Motion for Summary Judgment shall be permitted to exceed Twenty-Five pages, PROVIDED that said brief shall not exceed Thirty-Five pages. Signed by Judge William S. Duffey, Jr on 7/21/2011. (kt) (Entered: 07/22/2011) |
| 07/26/2011 | 142 | Withdrawal of Motion 127 MOTION to Compel Non-Party Discovery Against CBS Radio and MSNBC filed by Andrew Harley Speaker filed by Andrew Harley Speaker. (Jones, Craig) (Entered: 07/26/2011) |
| 08/01/2011 | 143 | MOTION for Summary Judgment with Brief In Support by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Statement of Material Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Exhibit AA, # 29 Exhibit BB, # 30 Exhibit CC, # 31 Exhibit DD, # 32 Exhibit EE, # 33 Exhibit FF, # 34 Exhibit GG, # 35 Exhibit HH, # 36 Exhibit II, # 37 Exhibit JJ, # 38 Exhibit KK, # 39 Exhibit LL, # 40 Exhibit |

| | | |
|---|---|---|
| | | MM, # 41 Exhibit NN, # 42 Exhibit OO, # 43 Exhibit PP, # 44 Exhibit QQ, # 45 Exhibit RR, # 46 Exhibit SS, # 47 Exhibit TT, # 48 Exhibit UU, # 49 Exhibit VV, # 50 Exhibit WW, # 51 Exhibit XX, # 52 Exhibit YY, # 53 Exhibit ZZ, # 54 Exhibit AAA, # 55 Exhibit BBB, # 56 Exhibit CCC, # 57 Exhibit DDD, # 58 Exhibit EEE, # 59 Exhibit FFF, # 60 Exhibit GGG, # 61 Exhibit HHH, # 62 Exhibit III, # 63 Exhibit JJJ, # 64 Exhibit KKK, # 65 Exhibit LLL, # 66 Exhibit MMM, # 67 Exhibit NNN, # 68 Exhibit OOO, # 69 Exhibit PPP, # 70 Exhibit QQQ)(Gardner, Joshua) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- Modified on 8/2/2011 (kt). (Entered: 08/01/2011) |
| 08/02/2011 | | Notification of Docket Correction re 143 MOTION for Summary Judgment. Edited document to remove double wording used in the description of the exhibits. (kt) (Entered: 08/02/2011) |
| 08/02/2011 | 144 | NOTICE Of Filing Manual Filing of Original Deposition Transcripts by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Ben-David, Neeli) (Entered: 08/02/2011) |
| 08/02/2011 | 145 | Request to File Original Discovery by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(Ben-David, Neeli) (Entered: 08/02/2011) |
| 08/02/2011 | 146 | DEPOSITION of ROBERT C. COOKSEY, Ph.D taken on March 23, 2011 by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Transcript Pt. 2, # 3 Deposition Transcript Pt. 3, # 4 Deposition Exhibits) (pjm). (Entered: 08/03/2011) |
| 08/02/2011 | 147 | DEPOSITION of ANDREW HARLEY SPEAKER taken on March 24, 2011 by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Transcript Pt. 2, # 3 Deposition Transcript Pt. 3, # 4 Deposition Transcript Pt. 4) (pjm). (Entered: 08/03/2011) |
| 08/02/2011 | 148 | DEPOSITION of SARAH SPENCE GORDON taken on March 25, 2011 by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Transcript Pt. 2) (pjm). (Entered: 08/03/2011) |
| 08/02/2011 | 149 | DEPOSITION of CHERYL SPEAKER taken on June 6, 2011 by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit) (pjm). (Entered: 08/03/2011) |
| 08/02/2011 | 150 | DEPOSITION of KIMBERLY SPEAKER taken on June 6, 2011 by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Transcript Pt. 2, # 3 Deposition |

| | | |
|---|---|---|
| | | Exhibits) (pjm). (Entered: 08/03/2011) |
| 08/17/2011 | 151 | Unopposed MOTION for Extension of Time to File Response to Defendant's Motion for Summary Judgment re: 143 MOTION for Summary Judgment by Andrew Harley Speaker. (Jones, Craig) (Entered: 08/17/2011) |
| 08/17/2011 | | ORDER (by docket entry only) granting 151 Motion to Enlarge Time to Respond until 9/14/11. The extension shall apply to Dft's summary judgment reply brief as well. Ordered by Judge William S. Duffey, Jr. on 8/17/11. (jdb) (Entered: 08/17/2011) |
| 09/13/2011 | 152 | RESPONSE in Opposition re 143 MOTION for Summary Judgment *with Brief and Attachments* filed by Andrew Harley Speaker. (Attachments: # 1 Statement of Material Facts Plaintiff's, # 2 Statement of Material Facts Plaintiff's Response To Defendant's, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z)(Jones, Craig) (Entered: 09/13/2011) |
| 09/13/2011 | 153 | DEPOSITION of Kenneth Castro taken on May 18, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 154 | DEPOSITION of Martin Cetron, M.D. taken on May 19, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 155 | DEPOSITION of Mitchell Lewis Cohen, M.D. taken on February 24, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Transcript Pt. 2, # 3 Deposition Exhibits) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 156 | DEPOSITION of Robert C. Cooksey, Ph.D. taken on March 23, 2011 by Andrew Harley Speaker.(Jones, Craig) (Entered: 09/13/2011) |
| 09/13/2011 | 157 | DEPOSITION of Sarah Spence Gordon taken on March 25, 2011 by Andrew Harley Speaker.(Jones, Craig) (Entered: 09/13/2011) |
| 09/13/2011 | 158 | DEPOSITION of David Kim, M.D. taken on May 12, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 159 | DEPOSITION of Katrin Susanne Kohl, M.D. taken on March 15, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 160 | DEPOSITION of Glen Joseph Nowak, Ph.D. taken on March 14, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 161 | DEPOSITION of Glen Joseph Nowak, Ph.D. taken on April 27, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit, # 3 Errata Sheet) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 162 | DEPOSITION of Glen Joseph Nowak, Ph.D. taken on May 3, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 163 | DEPOSITION of Thomas Wilburn Skinner taken on May 3, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 164 | DEPOSITION of Andrew Harley Speaker taken on March 24, 2011 by Andrew Harley Speaker.(Jones, Craig) (Entered: 09/13/2011) |
| 09/13/2011 | 165 | DEPOSITION of Melisa Thombley taken on March 15, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 166 | DEPOSITION of Melisa Thombley taken on May 10, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Exhibit) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 167 | DEPOSITION of Andrew Anthony Vernon, M.D. taken on May 16, 2011 by Andrew Harley Speaker.(Jones, Craig) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript) (pjm). (Entered: 09/13/2011) |
| 09/13/2011 | 168 | DOCUMENT FILED IN ERROR DEPOSITION of GLEN JOSEPH NOWAK, PH.D. taken on March 14, 2011 by Andrew Harley Speaker.(kt) Modified on 9/14/2011 (kt). (Entered: 09/14/2011) |
| 09/13/2011 | 169 | DOCUMENT FILED IN ERRORCONTINUATION OF THE DEPOSITION of GLEN NOWAK, PH.D. taken on April 27, 2011 by Andrew Harley Speaker.(kt) Modified on 9/14/2011 (kt). (Entered: 09/14/2011) |
| 09/13/2011 | 170 | DEPOSITION of GLEN JOSEPH NOWAK taken on May 3, 2011 by Andrew Harley Speaker.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript) (pjm). (Entered: 09/14/2011) |
| 09/13/2011 | 171 | NOTICE Of Filing 162 Deposition, 165 Deposition, 158 Deposition, 163 Deposition, 166 Deposition, 157 Deposition, 154 Deposition, 167 Deposition, 164 Deposition, 153 Deposition, 155 Deposition, 161 Deposition, 156 Deposition, 160 Deposition, 159 Deposition by Andrew Harley Speaker.(kt) (Entered: 09/14/2011) |
| 09/14/2011 | | Notification of Docket Correction re 169 Deposition, 168 Deposition. Document previously filed by Plaintiff. (kt) (Entered: 09/14/2011) |

| 09/14/2011 | 172 | NOTICE Of Manual Filing of Exhibit XRD (Video) to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment by Andrew Harley Speaker. (kt) (Entered: 09/14/2011) |
|---|---|---|
| 09/15/2011 | 173 | Consent MOTION for Extension of Time File Reply in Support of Summary Judgment re: 143 MOTION for Summary Judgment by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Text of Proposed Order)(Leinwand, Jessica) (Entered: 09/15/2011) |
| 09/19/2011 | 174 | ORDER GRANTING 173 Motion for Extension of Time within which Defendant may file its reply in support of 143 MOTION for Summary Judgment. Defendant's reply memorandum shall be filed on or before October 17, 2011. NO FURTHER EXTENSIONS will be granted. Signed by Judge William S. Duffey, Jr on 9/19/2011. (kt) (Entered: 09/19/2011) |
| 10/13/2011 | 175 | MOTION for Leave to File Excess Pages by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Text of Proposed Order)(Leinwand, Jessica) (Entered: 10/13/2011) |
| 10/13/2011 | | ORDER (by docket entry only) granting 175 Motion for Leave to File Excess Pages. Ordered by Judge William S. Duffey, Jr. on 10/13/11. (jdb) (Entered: 10/13/2011) |
| 10/17/2011 | 176 | REPLY BRIEF re 143 MOTION for Summary Judgment filed by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Response to Plaintiff's Statement of Material Facts, # 2 Appendix Index of Exhibits (cont'd), # 3 Exhibit RRR, # 4 Exhibit SSS, # 5 Exhibit TTT, # 6 Exhibit UUU, # 7 Exhibit VVV, # 8 Exhibit WWW, # 9 Exhibit XXX)(Gardner, Joshua) (Entered: 10/17/2011) |
| 10/18/2011 | | Submission of 143 MOTION for Summary Judgment to District Judge William S. Duffey. (kt) (Entered: 10/18/2011) |
| 10/21/2011 | 177 | Request to File Original Discovery *Deposition of Michael D. Iseman, M.D.* by Andrew Harley Speaker.(Jones, Craig) (Entered: 10/21/2011) |
| 10/26/2011 | 178 | NOTICE Of Filing Manual Filing of Original Deposition Transcript by U.S. Department of Health and Human Services Centers for Disease Control and Prevention (Ben-David, Neeli) (Entered: 10/26/2011) |
| 10/26/2011 | 179 | DEPOSITION (with exhibits) of MICHAEL DEE ISEMAN, M.D. taken on June 15, 2011 by U.S. Department of Health and Human Services Centers for Disease Control and Prevention.(kt) (Additional attachment(s) added on 4/13/2012: # 1 Deposition Transcript, # 2 Deposition Transcript Pt. 2, # 3 Deposition Exhibits Pt.1, # 4 Deposition Exhibits Pt. 2) (pjm). (Entered: 10/26/2011) |
| 01/19/2012 | 180 | NOTICE by U.S. Department of Health and Human Services Centers for Disease Control and Prevention re 143 MOTION for Summary Judgment *of Supplemental Authority* (Attachments: # 1 Exhibit Paige v. DEA)(Gardner, Joshua) (Entered: 01/19/2012) |

| | | |
|---|---|---|
| 03/14/2012 | 181 | ORDER GRANTING Defendants' 143 Motion for Summary Judgment. Signed by Judge William S. Duffey, Jr on 3/14/2012. (kt) (Entered: 03/14/2012) |
| 03/14/2012 | 182 | CLERK'S JUDGMENT in favor of Defendants against Plaintiff. (kt)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 03/14/2012) |
| 03/14/2012 | | Civil Case Terminated. (kt) (Entered: 03/14/2012) |
| 04/02/2012 | 183 | BILL OF COSTS by U.S. Department of Health and Human Services Centers for Disease Control and Prevention. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gardner, Joshua) (Entered: 04/02/2012) |
| 04/12/2012 | 184 | NOTICE OF APPEAL as to 181 Order on Motion for Summary Judgment, 182 Clerk's Judgment by Andrew Harley Speaker. Filing fee $ 455, receipt number 113E-3875323. Transcript Order Form due on 4/26/2012 (Jones, Craig) (Entered: 04/12/2012) |
| 04/12/2012 | 185 | Transmission of Certified Copy of Notice of Appeal, Judgment, Order and Docket Sheet to US Court of Appeals re: 184 Notice of Appeal. (pjm) (Entered: 04/12/2012) |
| 04/20/2012 | 186 | Costs Taxed in amount of $ 19,953.60 against Plaintiff. (kt) (Entered: 04/20/2012) |
| 04/23/2012 | 187 | USCA Acknowledgment of 184 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 12-11967-CC. (pjm) (Entered: 04/24/2012) |
| 05/04/2012 | 188 | TRANSCRIPT ORDER FORM (No transcript is required for appeal purposes) re: 184 Notice of Appeal. Case Appealed to USCA-11th Circuit. Case Number 12-11967-CC. Certificate of Readiness due on 5/18/2012. (pjm) (Entered: 05/08/2012) |
| 05/08/2012 | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal, 184 Notice of Appeal. Case Appealed to USCA-11th Circuit. Case Number 12-11967-CC. The entire record on appeal is available electronically. (pjm) (Entered: 05/08/2012) |
| 06/05/2012 | | AMENDED-Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal, 184 Notice of Appeal. Case Appealed to USCA-11th Circuit Case Number 12-11967-CC. The record on appeal is available electronically with the exception of: DE# 172 of Exhibit XRD (Video) to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment. (pjm) (Entered: 06/05/2012) |
| 08/01/2012 | | CERTIFICATE OF READINESS of Appeal Record re: 184 Notice of Appeal filed by Andrew Harley Speaker. Case Appealed to USCA-11th Circuit. Case Number 12-11967-CC. (8 Vols of Pldgs, 1 Transcripts and 18 Depositions) (pjm) (Entered: 08/01/2012) |