# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 12-11967

_____

District Court Docket No.
1:09-cv-01137-WSD


ANDREW HARLEY SPEAKER,

     Plaintiff - Appellant,

versus

US DEPARTMENT OF HEALTH AND
HUMAN SERVICES CENTERS FOR
DISEASE CONTROL AND PREVENTION,

     Defendant - Appellee.


_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT


It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is
entered as the judgment of this Court.


Entered: September 14, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark